IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERMAIN D. LEWIS                                                                    PLAINTIFF
ADC #161312

v.                          CASE NO. 5:17-CV-00181 BSM

CAROLYN CHISOM, et al.                                                          DEFENDANTS

## ORDER

Having reviewed United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 8], plaintiff Jermain Lewis's objections [Doc. No. 14], and the entire record, *de novo*, the recommended disposition is adopted in its entirety. Although Lewis's objection attempts to cure the defects in his complaint that were addressed in the recommended disposition, it fails to do so. The complaint [Doc. No. 7] is therefore dismissed without prejudice, and this dismissal counts as a "strike" for the purposes of the Prison Litigation Reform Act. It is further certified that an *in forma pauperis* appeal from this order and judgment would not be taken in good faith.

IT IS SO ORDERED this 20th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE