## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JERMAIN D. LEWIS                                                        PLAINTIFF
ADC #161312

v.                              CASE NO. 5:17-CV-00181 BSM

CAROLYN CHISOM, et al.                                              DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

This dismissal counts as a "strike" for the purposes of the Prison Litigation Reform Act, and

it is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 20th day of October 2017.


_____
UNITED STATES DISTRICT JUDGE